Neil P. Cullom, Appellant, v. John Kadel et al., Respondents, et al., Defendants. (Action No. 1.) John Kadel, Respondent, v. William L. Canady et al., Appellants, and John Bancroft, Jr., Respondent. (Action No. 2.) Joseph L. Auer, Respondent, v. William L. Canady et al., Appellants, et al., Defendants. (Action No. 3.) — In three actions based on slander and libels, Special Term denied appellants' motion to consolidate or, in the alternative, to try the actions together, and granted a motion for reargument, but on reargument adhered to the original decision. The appeal is from the original order and from so much of the order on reargument as adheres to the original decision. Order on reargument, insofar as appeal is taken, affirmed, with $10 costs and disbursements. Under all the facts and circumstances, it may not be said that the Special Term improvidently exercised its discretion in denying the motion. Appeal from original order dismissed, without costs. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

█

In the Matter of Vincent J. Colucci et al., Appellants, against John F. O'Connell et al., Individually and as Members of the State Liquor Authority, Respondents.— Proceeding under article 78 of the Civil Practice Act, in the nature of mandamus, for an order directing the respondents, who constitute the State Liquor Authority, to rescind their order, under section 113 of the Alcoholic Beverage Control Law, against licensing the subject premises for a period of two years, and to annul their determination denying applications for licenses for the said premises. At Special Term the petition was dismissed on the grounds of failure to show a clear legal right to any relief and that operation of section 113 does not affect petitioners' rights nor entitle them to attack the constitutionality of the section. Order, made on reargument, unanimously affirmed, with $20 costs and disbursements. We are of the opinion that section 113 of the Alcoholic Beverage Control Law is constitutional. While the appeal in *Matter of Colucci* v. *O'Connell* (281 App. Div. 907) was decided without opinion, the question of constitutionality of the statute was considered and passed upon. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *post*, pp. 1058, 1103.]

█

In the Matter of Anna L. Levine, Appellant-Respondent, against Anthony J. Rizzardi, as Assessor of the City of New Rochelle, et al., Respondents-Appellants.— Appeals by petitioner and respondents from a final order in proceedings to review tax assessments for the years 1952 and 1953, and from the decision. Order unanimously affirmed, without costs. No opinion. Appeals from decision dismissed, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.